COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Xiaodong Li v. DDX Group Investment, LLC d/b/a Dong Ting Chinese Restaurant

Appellate case number:    01-12-00405-CV

Trial court case number:  2009-79589

Trial court:                      125th District Court of Harris County

The District Court Clerk is **ORDERED** to file a supplemental clerk's record in this Court that contains all filings—including all orders and judgments from the trial court—between October 27, 2008 and March 3, 2009, inclusive, for trial court case number **2007-76928**. Tex. R. App. P. 34.5(c).

The supplemental clerk's record is to be filed in this Court by **November 7, 2012**.

The cost of preparing this record will be assessed as part of the costs of this appeal upon issuance of this Court's judgment.

It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                            ☑ Acting individually    ☐ Acting for the Court


Date:   October 30, 2012